Yurij D. Melnyk (Bar No. 319325)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091
Email:       ymelnyk@cov.com

Neil K. Roman (*pro hac vice* forthcoming)
Ayana M. Lindsey (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone:   (202) 662-6000
Facsimile:   (202) 662-6291
Email:       nroman@cov.com
Email:       alindsey@cov.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AAA RADIATORS & MUFFLERS LLC d/b/a AAA RADIATORS & MUFFLERS, a/k/a AAA RADIATOR & MUFFLER, ANTHONY RODRIGUEZ, AAA RADIATORS & MUFFLERS, CARLOS RODRIGUEZ, RAMON RODRIGUEZ, AAA RADIATORS & MUFFLERS, AND CESAR RODRIGUEZ,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-01418-BAM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF THE AMERICAN AUTOMOBILE ASSOCIATION, INC.'S REQUEST TO SEAL DOCUMENTS** |

On April 6, 2023, Plaintiff The American Automobile Association, Inc. ("AAA") submitted pursuant to Local Rule 141(b) a request to file under seal an agreement and release, because the document contains confidential business information that AAA and Defendants have agreed to not disclose.

Having considered AAA's request and the materials submitted therewith, IT IS HEREBY ORDERED that AAA's Request to Seal Documents is GRANTED.  AAA's counsel shall comply with Local Rule 141 regarding disposition of the documents for sealing.

IT IS SO ORDERED.

Dated:   **April 10, 2023**               /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE