1  Yurij D. Melnyk (Bar No. 319325)
   COVINGTON & BURLING LLP
2  Salesforce Tower
   415 Mission Street, Suite 5400
3  San Francisco, California 94105-2533
   Telephone:   (415) 591-6000
4  Facsimile:   (415) 591-6091
   Email:       ymelnyk@cov.com
5
   Neil K. Roman (*pro hac vice* forthcoming)
6  Ayana M. Lindsey (*pro hac vice*
   forthcoming)
7  COVINGTON & BURLING LLP
   One City Center
8  850 Tenth Street, NW
   Washington, DC 20001-4956
9  Telephone:   (202) 662-6000
   Facsimile:   (202) 662-6291
10 Email:       nroman@cov.com
   Email:       alindsey@cov.com
11
                    **UNITED STATES DISTRICT COURT**
12
                    **EASTERN DISTRICT OF CALIFORNIA**
13

14

15 THE AMERICAN AUTOMOBILE                Case No. 1:22-cv-01418-BAM
   ASSOCIATION, INC.,
16                                         **CONSENT ORDER OF JUDGMENT**
                    Plaintiff,
17
          v.
18
   AAA RADIATORS & MUFFLERS LLC
19 d/b/a AAA RADIATORS & MUFFLERS,
   a/k/a AAA RADIATOR & MUFFLER,
20 ANTHONY RODRIGUEZ, AAA
   RADIATORS & MUFFLERS, CARLOS
21 RODRIGUEZ, RAMON RODRIGUEZ,
   AAA RADIATORS & MUFFLERS, AND
22 CESAR RODRIGUEZ,

23                  Defendants.

24

25

26

27

28

1  WHEREAS, Plaintiff The American Automobile Association, Inc. ("AAA") has

2  brought an action in this Court against Defendants AAA Radiators & Mufflers I, Anthony

3
4  Rodriguez, AAA Radiators & Mufflers II, Carlos Rodriguez, Ramon Rodriguez, AAA

5  Radiators & Mufflers III, and Cesar Rodriguez (collectively, the "Parties") alleging

6  violations of the Federal Trademark Act (the "Lanham Act"), 15 U.S.C. §§ 1114,

7  1125(a), 1125(c), 1125(d), and of California state law;

8
9  WHEREAS, the Court has jurisdiction over this civil action under 15 U.S.C.

10 §§ 1121 and 1125, and under 28 U.S.C. §§ 1331, 1332, 1337, and 1338;

11  WHEREAS, AAA and Defendants have entered into a Settlement Agreement,

12 filed under seal at Doc. 30, to resolve any and all controversies and disputes between

13
14 them existing as of this date;

15  WHEREAS, AAA agrees to dismiss without prejudice its claims against

16 Defendants;

17  WHEREAS, AAA agreed to allow Defendants until February 21, 2023 to cease all

18
19 use and refrain from any future use of trademarks owned by AAA; in addition, subject to

20 Defendants' continued adherence to the Settlement Agreement, AAA agrees not to

21 pursue claims for damages arising out of such use occurring before such date;

22  WHEREAS, Defendants admit any future unauthorized use of AAA's trademarks

23
24 would violate the Lanham Act and California state law;

25  WHEREAS, Defendants waive all defenses and counterclaims which it might

26 otherwise raise at a trial on the merits of AAA's demand for a permanent injunction

27 and/or damages;

28

-2-
CONSENT ORDER OF JUDGMENT

1

2   NOW THEREFORE, Defendants consent and agree that this Court enter a

3   judgment permanently enjoining them from any future unauthorized use of AAA's

4   trademarks, or of marks confusingly similar to any of them.

5   The Court does, hereby, upon consent of the Parties, declare that a permanent

6   injunction issue herein as follows:

7   IT IS ORDERED, ADJUDGED, AND DECREED:

8
9   1.      That Defendants, their agents, attorneys, representatives, employees, and all

10  persons in active concert or participation with them who receive notice hereof, are hereby

11  permanently enjoined beginning from February 21, 2023 as follows:

12          a.      Defendants are enjoined from using without authorization of AAA
13
14  any of the AAA Marks, logos, and trade names, including, but not limited to, the

15  designation "AAA" or any other name, logo, or mark that includes the designation

16  "AAA" or is confusingly or deceptively similar to any of the AAA Marks, logos,

17  and trade names, either alone or in conjunction with other words or symbols, in
18
19  relation to automotive-related goods or services; and

20          b.      Defendants are enjoined from using without authorization of AAA

21  combination letter "A's" in any form or manner that would tend to identify or

22  associate Defendants or their business or services with AAA, including, without
23
24  limitation, in the marketing, promotion, advertising, identification, sale or

25  distribution of automotive-related goods or services.

26  2.      That each and every claim for damages, penalties, costs, and attorneys' fees

27  by AAA against Defendants, other than the permanent injunction granted herein, is

28

1  hereby dismissed without prejudice pursuant to the representations made by Defendants

2  in the Settlement Agreement, and subject to fulfillment of all obligations set forth in the

3
4  Settlement Agreement, except for such damages, penalties, costs, and/or attorneys' fees

5  which might result from any violation of this Consent Order of Judgment; and

6       3.     That this case shall be closed, except that this Court shall retain jurisdiction

7  until February 21, 2025 for the purpose of enforcing the Settlement Agreement and this

8
   Consent Order of Judgment.
9
       4. Plaintiff shall immediately serve a copy of this order on Defendants, and shall
10
11 file a certificate of service within two days of this order's issuance.

12

13

14

15

16

17  BY CONSENT OF PLAINTIFF              BY CONSENT OF DEFENDANT

18  By: */s/ Yurij D. Melnyk*            By: */s/ John C. Umscheid*

19  Yurij D. Melnyk (Bar No. 319325)     John C. Umscheid (Bar No. 249132)
    COVINGTON & BURLING LLP              THE LAW OFFICE OF JOHN C. UMSCHEID
20  Salesforce Tower                     221 W Lacey Boulevard
    415 Mission Street, Suite 5400       Hanford, CA 93220
21  San Francisco, California 91405-2533  Telephone:    (559) 587-5323
    Telephone:    (415) 591-6000
22  Facsimile:    (415) 591-6091
    Email:        ymelnyk@cov.com        Email: john@umscheidlaw.com
23

24                                       Attorneys for Defendants
    Attorneys for Plaintiff             AAA RADIATORS & MUFFLERS I,
25  THE AMERICAN AUTOMOBILE             ANTHONY RODRIGUEZ, AAA
    ASSOCIATION, INC.                    RADIATORS & MUFFLERS II,
26                                       CARLOS RODRIGUEZ, RAMON
                                         RODRIGUEZ, AAA RADIATORS &
27                                       MUFFLERS III, AND CESAR
                                         RODRIGUEZ
28

-4-
CONSENT ORDER OF JUDGMENT

1

2
      The Consent Decree as noted above is APPROVED.

3

4

5  IT IS SO ORDERED.

6      Dated:   **April 18, 2023**           /s/ *Barbara A. McAuliffe*

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT ORDER OF JUDGMENT